UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JESSE M. SMITH,

                       Plaintiff,

     -against-

LOCAL UNION 1974 DRYWALL TAPERS,

                     Defendant.

------------------------------------------------------------X

       08 CV 4299 (SS)

       **ANSWER**

     Defendant Drywall Tapers and Pointers of Greater New York, Local Union 1974, IUPAT, AFL-CIO, sued herein as Local Union 1974 Drywall Tapers, by its attorneys Lewis, Clifton & Nikolaidis, P.C., answers the complaint as follows:

    1.      Admits the allegations set forth in Paragraph I of the Complaint.

    2.      Denies the allegations set forth in Paragraph II of the Complaint.

    3.      Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph III of the Complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

    4.      The Complaint fails to state a claim upon which relief may be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

    5.      Plaintiff's claims are time barred under the applicable statutes of limitations.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

    6.      Plaintiff failed to exhaust administrative remedies.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

    7.      Plaintiff failed to exhaust the internal union remedies.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

8.    Plaintiff's claims are preempted by the National Labor Relations Act and/or Labor

Management Relations Act of 1947.

Dated:  New York, New York
        July 9, 2008

                                    LEWIS, CLIFTON & NKOLAIDIS, P.C.
                                    Attorneys for Defendant


                        By:    _____
                                    Daniel E. Clifton (DC 0632)
                                    275 Seventh Avenue, Suite 2300
                                    New York, New York 10001-6708
                                    (212) 419-1500


TO:    Jesse M. Smith
       Plaintiff, pro se
       209 Clinton Ave., Apt. 1F
       Brooklyn, New York 11205

2