UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JESSE M. SMITH,

                        Plaintiff,

        -against-

LOCAL UNION 1974 DRYWALL TAPERS,

                        Defendant.

-------------------------------------------------------------X

08 CV 4299 (SS)

**AFFIDAVIT OF SERVICE**

Vera McGuinness, being duly sworn, deposes and says:

1.     I am over 18 years of age, not a party to this action, and work at the offices of

Lewis, Clifton & Nikolaidis, P.C., 275 Seventh Avenue, Suite 2300, New York, New York.

2.     On July 9, 2008, I served a copy of the within Answer upon Jesse M. Smith by

causing a true copy thereof to be sent by first class mail, postage prepaid, to the following:

                    Jesse M. Smith
                    Plaintiff, pro se
                    209 Clinton Ave., Apt. 1F
                    Brooklyn, New York 11205

                    _____
                    Vera McGuinness

Sworn to before me this
9th day of July, 2008

_____
Notary Public
DANIEL E. CLIFTON
Notary Public, State of New York
No. 31-4665623
Qualified in New York County
Certificate Filed in New York County
Term Expires March 31, 2011
1-31-2011