UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

JESSE M. SMITH,

           Plaintiff,

   - against -

DRYWALL TAPERS AND POINTERS
OF GREATER NEW YORK, LOCAL
UNION 1974,

           Defendant.

------------------------------------------------------------ X

**ORDER**

08 Civ. 4299 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/09

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The parties having informed the Court that they have reached a resolution of this action, it is hereby ordered that the above-captioned action be discontinued with prejudice but without costs; provided, however, that within thirty days of the date of this Order, plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

                                SO ORDERED:

                                Shira A. Scheindlin
                                U.S.D.J.

Dated:      New York, New York
              June 26, 2009

1

## - Appearances -

**For Plaintiff:**

Nathaniel B. Smith, Esq.
Law Office of Nathaniel B. Smith
111 Broadway, Suite 1305
New York, New York 10006
(212) 227-7062

**For Defendant:**

Daniel E. Clifton, Esq.
Lewis, Clifton & Nikolaidis, P.C.
275 Seventh Avenue, Suite 2300
New York, New York 10001
(212) 419-1500